IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GOOD,<br><br>    Plaintiff,<br><br> v.<br><br>CDCR, et al.,<br><br>    Defendants. | NO. 1:09-cv-01791 GSA PC<br><br>ORDER DENYING MOTIONS TO COMPEL<br><br>(Docs. 26, 27) |

  Plaintiff is a state prisoner proceeding pro se in this civil rights action. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). Pending before the court are Plaintiff's motions to compel the production of documents.

  Plaintiff seeks an order directing officials at California Correctional Institution Tehachapi to produce certain official records. Plaintiff also seeks an order directing officials to release to Plaintiff all of his medical records. No ORDER allowing discovery has been issued in this case. Once Defendants have filed an answer, a discovery order will be entered, opening discovery and setting a schedule for litigation. Until such time as discovery has been opened, no discovery may be had by any party and no discovery motions will be entertained.

  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions to compel the production of documents filed on November 23, 2010, are denied.

  IT IS SO ORDERED.

  Dated: **September 3, 2010**     **/s/ Gary S. Austin**
                     UNITED STATES MAGISTRATE JUDGE